| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| EDWARD LESNIAK, Illinois Bar No. 1624261<br>BURKE, WARREN, MACKAY & SERRITELLA, P.C.<br>330 North Wabash, 22nd Floor<br>Chicago, IL 60611<br>Telephone: (312) 840-7000<br>Facsimile:  (312) 840-7900<br>elesniak@burkelaw.com<br><br>*Attorney for* Defendant Chase Home Finance, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CENTRAL DIVISION**

| In re:<br>NELSON VO,<br><br>                                    Debtor(s), | CASE NO: 8:10-bk-26258-TA<br>CHAPTER: 13<br><br>ADVERSARY NO.: 8:11-ap-01127-TA |
|---|---|
| NELSON VO, an individual,<br><br>                                    Plaintiff(s),<br>vs.<br><br>CHASE HOME FINANCE, LLC, as servicing agent to Argent Mortgage Company, LLC,<br><br>                                    Defendant(s), | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

1. I, EDWARD LESNIAK_____, hereby apply to the Court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(Specify Name of Party)*: CHASE HOME FINANCE, LLC

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

3. I am a lawyer with the following law firm *(Specify Name and Address of Law Firm)*:
BURKE, WARREN, MACKAY & SERRITELLA, P.C
330 North Wabash, 22nd Floor
Chicago, IL 60611.

4. I am a member in good standing and eligible to practice before the following courts, and admitted to practice on the following dates *(Specify Name of Jurisdiction and Date of Admission to Practice in such Jurisdiction)*:
State of Illinois, admitted 10/17/74
U.S. District Court for the Northern District of Illinois, admitted 12/10/74
U.S. Court of Appeals for the 7th Circuit, admitted 03/04/94
U.S. District Court for the Central District of Illinois, admitted 03/05/99
U.S. District Court for the Eastern District of Wisconsin, admitted 01/23/06

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made *pro hac vice* applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| N/A | | | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| April 2010 | Page 1 | F 2090-1.2.APPLICATION |

7. I ☐ have  ☒ have not  been disciplined by any court or administrative body  ☐ disciplinary proceedings are pending; details are as follows:

_____

_____

_____

_____

I ☐ resigned  ☒ did not resign  while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served: J. BARRETT MARUM

*Name of Attorney (Designee):* J. BARRETT MARUM

*Name and Address of Law Firm, or residence address:*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA  92626-1993

*Telephone number of Law Firm:*
(714) 513-5100

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 4-1-11

EDWARD LESNIAK
Type Name of Applicant

_____
Signature of Applicant

---

**CONSENT OF DESIGNEE**

I hereby consent to the foregoing designation.

Date: 4/4/11

J. BARRETT MARUM
Type Name of Designee

_____
Signature of Designee

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2010                                      Page 2                           F 2090-1.2.APPLICATION

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 501 W. Broadway, 19th Floor, San Diego, CA 92101

A true and correct copy of the foregoing document described as Application of Non-Resident Attorney in a Specific Case [LBR 2090-1(b)] _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 4, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Gary L Harre    ghcmecf@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 4, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA FEDERAL EXPRESS:
Hon. Theodor C. Albert
United States Bankruptcy Court-Central District
411 W. Fourth Street, Suite 2030
Santa Ana, CA 92701-4593

VIA U.S. MAIL:
Diane J Beall
Global Capital Law, PC
8700 Warner Ave., Suite 200
Fountain Valley, CA 92708

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 4, 2011 | Dawn Anderson | /s/ Dawn Anderson |
|---|---|---|
| Date | Type Name | Signature |